**Order entered February 9, 2023**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-01034-CV

### PETER O. ONYEBUCHI, Appellant

### V.

### JACKSON EHIOGUH, ET AL., Appellees

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-10931**

## ORDER

Before the Court is appellant's February 7, 2023 first motion for an extension of time to file his brief on the merits. We **GRANT** the motion and extend the time until **March 10, 2023**.

/s/   ROBERT D. BURNS, III
CHIEF JUSTICE